UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIQUID EVENTS WORLDWIDE,<br><br>                      Plaintiff,<br><br>-against-<br><br>T-MOBILE; ASSURANCE WIRELESS,<br><br>                      Defendants. | 22-CV-2351 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 4, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the February 7, 2022 order in *Finnegan v. Dist. Of Columbia Sup. Ct.*, ECF 1:21-CV-10946, 6 (S.D.N.Y. Feb. 7, 2022), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    April 4, 2022
              New York, New York

                                                /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge